IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GOODWIN, | ) CASE NO. 1:15-CV-27 |
| Plaintiff, | ) JUDGE DONALD C. NUGENT |
| v. | ) |
| | ) **MOTION TO FILE RESPONSIVE** |
| CITY OF CLEVELAND, *et al*., | ) **PLEADING OF SCOTT ALDRIDGE** |
| | ) **AND BRYAN MYERS INSTANTER** |
| Defendants. | ) |

Defendants Scott Aldridge and Bryan Myers respectfully request leave to file their responsive pleading instanter. Defendants' answer time was being extended due to the ongoing criminal investigation of the events giving rise to the Plaintiff's complaint. While Defendants have anticipated that the Court would continue the extensions for a period of time, Defendants have been apprised that Plaintiff intends to object to any further extension despite the ongoing investigations.

Therefore, Defendants respectfully request that they be granted leave to file their answer instanter. The proposed responsive pleading is attached as Exhibit A. Plaintiff is not prejudiced by this brief delay and in the interest of justice this Court should allow Defendants to file responsive pleading instanter in order to resolve this matter on the merits of the case.

        Respectfully submitted,

        **BARBARA A. LANGHENRY (0038838)**
        **Director of Law, City of Cleveland**

**By:**   s/ John P. Bacevice Jr.
        **JOHN P. BACEVICE JR. (0087306)**
        Assistant Director of Law
        601 Lakeside Avenue
        City Hall, Room 106
        Cleveland, Ohio 44114-1077
        Tel: (216) 664-2800
        Fax: (216) 664-2663
        Email: jbacevice@city.cleveland.oh.us
        ATTORNEY FOR DEFENDANTS


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion to File Responsive Pleading Instanter was filed electronically on July 7, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

         s/ John P. Bacevice Jr.
        John P. Bacevice Jr. (0087306)
        Attorney for Defendants