# Event Chronology -- 201400358914

☑ System Comments

| Time | Date | Terminal | Operator | Action |
|------|------|----------|----------|--------|
| 8:13:10 PM | 11/12/2014 | poltel19 | 994895 | EVENT CREATED: Location=1372 ANSEL RD CLEV , Cross Streets=E 95TH ST /E 95TH ST , Name=ANDERSON,JOE , Address=216-820-0388 , Call Source=1234 , Phone Number=(216) 621-6990 ,Operator=JINGER MALAVE |
| | | | | Agency=CPD, Group=D3, Beat=35, Status=A, Priority=3, ETA=0, Hold Type=0, Primary Unit=3A25, Primary Member=994291, Current=F, Open Current=F, Type Code=MNTL-MENTAL - NON VIOLENT DISTURBING, SubType Code=2M-2M,Operator=JINGER MALAVE |
| | | | | EVENT COMMENT=CALLER STS THAT HIS SISTER, TANESHA ANDERSON, BF WEARING RED SKIRT/,Operator=JINGER MALAVE |
| | | | | HAVING A MNTL MELTDOWN |
| | | | | SHE JUST CAME HOME FROM THE LAURELWOOD 1 WK AGO |
| | | | | FM TAKING MEDS/BUT HAVING ISSUES NOW |
| 8:13:14 PM | 11/12/2014 | ps-icomm1 | 994895 | EVENT COMMENT=** LOI search completed at 11/12/14 20:13:14,Operator=JINGER MALAVE |
| 8:16:19 PM | 11/12/2014 | poltel19 | 994895 | EVENT COMMENT=CALLERS 65 Y/O MOM IS SCARED OF HER STRANGE BEHAVIOR,Operator=JINGER MALAVE |
| 8:34:58 PM | 11/12/2014 | polch3a | 994420 | Unit=3A25, Status=DP, Location=1372 ANSEL RD CLEV, Employee=994291 |
| | | | | Unit=3A25, Status=DP, Location=1372 ANSEL RD CLEV, Employee=994848 |
| 8:40:00 PM | 11/12/2014 | poltel12 | 994246 | EVENT COMMENT=ANOTHER CALL FOR ETA/NO NEW INFO,Operator=JACK PURDY |
| 8:43:29 PM | 11/12/2014 | polch3a | 994420 | Agency=CPD, Group=D3, Beat=35, Status=P, Priority=3, ETA=0, Hold Type=0, Primary Unit=3A25, Primary Member=994291, Current=F, Open Current=F, Type Code=MNTL-MENTAL - NON VIOLENT DISTURBING, SubType Code=2M-2M,Operator=KHADIJA KELLEY |
| | | | | Unit=3A25, Status=UC, Comment=Preempt, Employee=994291 |
| | | | | Unit=3A25, Status=UC, Comment=Preempt, Employee=994848 |
| | | | | EVENT COMMENT=Preempt,Operator=KHADIJA KELLEY |
| 8:43:30 PM | 11/12/2014 | polch3a | 994420 | Agency=CPD, Group=D3, Beat=35, Status=S, Priority=3, ETA=0, Hold Type=0, DispatchAssigned Unit=3A25, Primary Member=994291, Current=F, Open Current=F, Type Code=MNTL-MENTAL - NON VIOLENT DISTURBING, SubType Code=2M-2M,Operator=KHADIJA KELLEY |
| | | | | Unit=3A25, Status=AV, Employee=994291 |
| | | | | Unit=3A25, Status=AV, Employee=994848 |
| | | | | Unit=3A25, Status=DA, Comment=Event 201400358914 Dispatch Assigned, Employee=994291 |
| | | | | Unit=3A25, Status=DA, Comment=Event 201400358914 Dispatch Assigned, Employee=994848 |
| | | | | EVENT COMMENT=Event 201400358914 Dispatch Assigned,Operator=KHADIJA KELLEY |
| 8:44:03 PM | 11/12/2014 | polch3a | 994420 | EVENT COMMENT=3A25 -- ARRIVED @2043 -- AND DID NOT SEE FE; TRY CB FOR FURTHER,Operator=KHADIJA KELLEY |
| 8:45:27 PM | 11/12/2014 | polch3a | 994420 | EVENT UPDATED: Location=1372 ANSEL RD CLEV , Cross Streets=E 95TH ST /E 95TH ST , Name=ANDERSON,JOE , Address=216-820-0388 , Call Source=1234 , Phone Number=(216) 820-0388 ,Operator=KHADIJA KELLEY |
| | | | | Agency=CPD, Group=D3, Beat=35, Status=S, Priority=3, ETA=0, Hold Type=0, DispatchAssigned Unit=3A25, Primary Member=994291, Current=F, Open Current=F, Type Code=MNTL-MENTAL - NON VIOLENT DISTURBING, SubType Code=2M-2M,Operator=KHADIJA KELLEY |
| | | | | EVENT UPDATED: Location=1372 ANSEL RD CLEV , Cross Streets=E 95TH ST /E 95TH |



PLAINTIFF'S
EXHIBIT
48 6-27-16
VOLL

I/NetViewer -- Event Chronology

| 8:45:33 PM | 11/12/2014 | polch3a | 994420 | ST , Name=ANDERSON,JOE , Call Source=1234 , Phone Number=(216) 820-0388 ,Operator=KHADIJA KELLEY |
|---|---|---|---|---|
| | | | | Agency=CPD, Group=D3, Beat=35, Status=A, Priority=3, ETA=0, Hold Type=0, Primary Unit=3A25, Primary Member=994291, Current=F, Open Current=F, Type Code=MNTL-MENTAL - NON VIOLENT DISTURBING, SubType Code=2M-2M,Operator=KHADIJA KELLEY |
| 8:47:02 PM | 11/12/2014 | polch3a | 994420 | EVENT COMMENT=ON CB, SISTER IS INSIDE THE HOUSE NOW,Operator=KHADIJA KELLEY |
| 8:47:05 PM | 11/12/2014 | polch3a | 994420 | EVENT COMMENT=3A25 ADV,Operator=KHADIJA KELLEY |
| 9:29:26 PM | 11/12/2014 | polch3a | 994420 | Unit=3A25, Status=DP, Location=1372 ANSEL RD CLEV, Employee=994291 |
| | | | | Unit=3A25, Status=DP, Location=1372 ANSEL RD CLEV, Employee=994848 |
| 9:31:48 PM | 11/12/2014 | polch3a | 994420 | Unit=3A25, Status=AR, Location=1372 ANSEL RD CLEV, Employee=994291 |
| | | | | Unit=3A25, Status=AR, Location=1372 ANSEL RD CLEV, Employee=994848 |
| 9:32:22 PM | 11/12/2014 | polch3a | 994420 | EVENT COMMENT=CALLER ADV TO STEP OUT FOR ZC,Operator=KHADIJA KELLEY |
| 9:59:39 PM | 11/12/2014 | polch3a | 994420 | EVENT COMMENT=INFOR, TEMP SETTLED FOR THE EVENING,Operator=KHADIJA KELLEY |
| 9:59:44 PM | 11/12/2014 | polch3a | 994420 | EVENT COMMENT=3A25 -- .,Operator=KHADIJA KELLEY |
| 9:59:45 PM | 11/12/2014 | polch3a | 994420 | Agency=CPD, Group=D3, Beat=35, Status=A, Priority=3, ETA=0, Hold Type=0, Primary Unit=3A25, Primary Member=994291, Current=T, Open Current=F, Type Code=MNTL-MENTAL - NON VIOLENT DISTURBING, SubType Code=2M-2M,Operator=KHADIJA KELLEY |
| | | | | EVENT CLOSED |
| | | | | Unit=3A25, Status=AV, Employee=994291 |
| | | | | Unit=3A25, Status=AV, Employee=994848 |
| 9:59:46 PM | 11/12/2014 | polch3a | 994420 | Unit=3A25, Status=EC, Comment=3A25 -- ., Location=1372 ANSEL RD CLEV, Employee=994291 |
| | | | | Unit=3A25, Status=EC, Comment=3A25 -- ., Location=1372 ANSEL RD CLEV, Employee=994848 |