# Event Chronology -- 201400359019

☑ System Comments

| Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|
| 10:46:33 PM | 11/12/2014 | poltel07 | 994249 | EVENT CREATED: Location=1374 ANSEL RD CLEV, Cross Streets=E 95TH ST /E 95TH ST, Name=THERESA OVERTON, Address=1350 E 105TH - E SECTOR CALLBK=(216) 312 CLEVELAND, Call Source=ANI/ALI, Phone Number=(216) 312-9723, Operator=TERESE MALLETT |
| | | | | Agency=CPD, Group=D3, Beat=35, Status=A, Priority=3, ETA=0, Hold Type=0, Primary Unit=3B35, Primary Member=0, Current=F, Open Current=F, Type Code=NVFT-NON-VIOLENT FAMILY TROUBLE, SubType Code=2M-2M,Operator=TERESE MALLETT |
| | | | | EVENT COMMENT=37 YO MENTALLY ILL SISTER IS BEING UNRULY AND KEEPS TRYIG TO LEAVE OUT THE HOUSE,Operator=TERESE MALLETT |
| | | | | SISTER: TANISHA ANDERSON - NO VIOLENCE |
| 10:46:38 PM | 11/12/2014 | ps-icomm1 | 994249 | EVENT COMMENT=** LOI search completed at 11/12/14 22:46:38,Operator=TERESE MALLETT |
| 10:46:47 PM | 11/12/2014 | poltel07 | 994249 | EVENT COMMENT=** LOI information for Event # 201400359019 was viewed at: 11/12/14 22:46:47,Operator=TERESE MALLETT |
| | | | | ** >>>> by: TERESE MALLETT on terminal: poltel07 |
| 10:47:52 PM | 11/12/2014 | polch3a | 991978 | Unit=3B35, Status=DP, Location=1374 ANSEL RD CLEV |
| 10:51:18 PM | 11/12/2014 | polch3a | 991978 | Unit=3B35, Status=AR, Location=1374 ANSEL RD CLEV |
| 11:18:38 PM | 11/12/2014 | polch4b | 994419 | Unit=3B35, Status=UV, Location=1374 ANSEL RD CLEV |
| | | | | Unit=3B35, Status=UE, Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=UE, Location=1374 ANSEL RD CLEV, Employee=994854 |
| 11:18:39 PM | 11/12/2014 | polch4b | 994419 | Unit=3B35, Status=UC, Comment=New equipment list for Unit [3B35] :, Location=1374 ANSEL RD CLEV |
| | | | | EVENT COMMENT=New equipment list for Unit [3B35] :,Operator=YVETTE WHITE |
| 11:20:01 PM | 11/12/2014 | polch3a | 991978 | EVENT COMMENT=REQ A BOSS,Operator=LINDA VOLL |
| 11:23:37 PM | 11/12/2014 | polch3a | 991978 | Unit=3S34, Status=DP, Location=1374 ANSEL RD CLEV |
| 11:34:14 PM | 11/12/2014 | polch3a | 991978 | EVENT COMMENT=REQ EMS .... C&B 37 YO FE BREATHING PROBLEMS,Operator=LINDA VOLL |
| 12:04:47 AM | 11/13/2014 | polch3b | 994419 | Unit=3B35, Status=DW, Comment=ER/CCF, Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=DW, Comment=ER/CCF, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=ER/CCF,Operator=YVETTE WHITE |
| 12:10:46 AM | 11/13/2014 | polch3b | 994419 | Unit=3B35, Status=DW, Comment=@CCF, Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=DW, Comment=@CCF, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=@CCF,Operator=YVETTE WHITE |
| 12:36:30 AM | 11/13/2014 | polch3a | 991978 | Unit=3B35, Status=DW, Comment=1374ANSEL/CONF, Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=DW, Comment=1374ANSEL/CONF, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=1374ANSEL/CONF,Operator=LINDA VOLL |
| 12:45:11 AM | 11/13/2014 | polch3a | 991978 | EVENT COMMENT=TAKING FE TO CCF SM 089,Operator=LINDA VOLL |
| 12:45:15 AM | 11/13/2014 | polch3a | 991978 | Unit=3B35, Status=DW, Comment=EN CCF SM 089, Location=1374 ANSEL RD CLEV, Employee=994679 |

PLAINTIFF'S EXHIBIT 44 6-27-16 MALLETT

| Time | Date | Term | ID | Event |
|---|---|---|---|---|
| | | | | Unit=3B35, Status=DW, Comment=EN CCF SM 089, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=EN CCF SM 089,Operator=LINDA VOLL |
| 12:48:07 AM | 11/13/2014 | polch3a | 991978 | Unit=3S34, Status=AV, Comment=ASST |
| | | | | EVENT COMMENT=ASST,Operator=LINDA VOLL |
| | | | | 3S34 -- ASST. |
| 12:48:08 AM | 11/13/2014 | polch3a | 991978 | Unit=3S34, Status=EC, Comment=3S34 -- ASST., Location=1374 ANSEL RD CLEV |
| 12:51:27 AM | 11/13/2014 | polch3a | 991978 | EVENT COMMENT=EM 091,Operator=LINDA VOLL |
| 12:51:39 AM | 11/13/2014 | polch3a | 991978 | Unit=3B35, Status=DW, Comment=@CCF EM 091, Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=DW, Comment=@CCF EM 091, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=@CCF EM 091,Operator=LINDA VOLL |
| 1:40:43 AM | 11/13/2014 | polch3b | 993022 | EVENT COMMENT=ANOTHER CALL FROM SIU - EN RT CCF - REQUESTING INFO -- ADV,Operator=PAULETTE WILLIAMS |
| 2:52:01 AM | 11/13/2014 | polch3a | 991978 | Unit=3A32, Status=DP, Location=1374 ANSEL RD CLEV, Employee=993428 |
| | | | | Unit=3A32, Status=DP, Location=1374 ANSEL RD CLEV, Employee=994286 |
| 2:52:14 AM | 11/13/2014 | polch3a | 991978 | Unit=3A32, Status=DW, Comment=EN CCF/ER, Location=1374 ANSEL RD CLEV, Employee=993428 |
| | | | | Unit=3A32, Status=DW, Comment=EN CCF/ER, Location=1374 ANSEL RD CLEV, Employee=994286 |
| | | | | EVENT COMMENT=EN CCF/ER,Operator=LINDA VOLL |
| 2:52:28 AM | 11/13/2014 | polch3a | 991978 | EVENT COMMENT=NEED A UNIT TO CONVY FAMILY TO HOMICIDE,Operator=LINDA VOLL |
| 2:57:13 AM | 11/13/2014 | polch3a | 991978 | Unit=3A32, Status=AR, Location=1374 ANSEL RD CLEV, Employee=993428 |
| | | | | Unit=3A32, Status=AR, Location=1374 ANSEL RD CLEV, Employee=994286 |
| 3:24:45 AM | 11/13/2014 | polch3a | 991978 | Unit=3A32, Status=DW, Comment=EN HOMICIDE SM 595, Location=1374 ANSEL RD CLEV, Employee=993428 |
| | | | | Unit=3A32, Status=DW, Comment=EN HOMICIDE SM 595, Location=1374 ANSEL RD CLEV, Employee=994286 |
| | | | | EVENT COMMENT=EN HOMICIDE SM 595,Operator=LINDA VOLL |
| 3:24:55 AM | 11/13/2014 | polch3a | 991978 | EVENT COMMENT=2 JUVIES 1 ML AND 1 FE,Operator=LINDA VOLL |
| 3:29:42 AM | 11/13/2014 | polch3a | 991978 | Unit=3B35, Status=DW, Comment=ENBACK TO ANSEL, Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=DW, Comment=ENBACK TO ANSEL, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=ENBACK TO ANSEL,Operator=LINDA VOLL |
| 3:35:03 AM | 11/13/2014 | polch3a | 991978 | Unit=3S34, Status=DP, Location=1374 ANSEL RD CLEV |
| 3:35:04 AM | 11/13/2014 | polch3a | 991978 | Unit=3S34, Status=AR, Location=1374 ANSEL RD CLEV |
| 3:35:04 AM | 11/13/2014 | polch3b | 994419 | Unit=3B35, Status=DW, Comment=@ANSEL, Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=DW, Comment=@ANSEL, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=@ANSEL,Operator=YVETTE WHITE |
| 3:47:00 AM | 11/13/2014 | polch3b | 994419 | EVENT COMMENT=EM 599,Operator=YVETTE WHITE |
| 5:46:21 AM | 11/13/2014 | polch3b | 994419 | Unit=3B35, Status=AV, Comment=INFOR, Employee=994679 |
| | | | | Unit=3B35, Status=AV, Comment=INFOR, Employee=994854 |
| | | | | Unit=3B35, Status=DW, Comment=Removed Secondary Location, Location=1374 |

| Time | Date | User | ID | Details |
|---|---|---|---|---|
| | | | | ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=DW, Comment=Removed Secondary Location, Location=1374 ANSEL RD CLEV, Employee=994854 |
| | | | | EVENT COMMENT=Removed Secondary Location,Operator=YVETTE WHITE |
| | | | | INFOR |
| | | | | 3B35 -- INFOR. |
| 5:46:22 AM | 11/13/2014 | polch3b | 994419 | Unit=3B35, Status=EC, Comment=3B35 -- INFOR., Location=1374 ANSEL RD CLEV, Employee=994679 |
| | | | | Unit=3B35, Status=EC, Comment=3B35 -- INFOR., Location=1374 ANSEL RD CLEV, Employee=994854 |
| 6:14:02 AM | 11/13/2014 | polch3a | 991978 | Unit=3A32, Status=DW, Comment=Removed Secondary Location, Location=1374 ANSEL RD CLEV, Employee=993428 |
| | | | | Unit=3A32, Status=DW, Comment=Removed Secondary Location, Location=1374 ANSEL RD CLEV, Employee=994286 |
| | | | | Unit=3A32, Status=AV, Comment=CONVY/ASST, Employee=993428 |
| | | | | Unit=3A32, Status=AV, Comment=CONVY/ASST, Employee=994286 |
| | | | | EVENT COMMENT=Removed Secondary Location,Operator=LINDA VOLL |
| | | | | CONVY/ASST |
| | | | | 3A32 -- CONVY/ASST. |
| 6:14:03 AM | 11/13/2014 | polch3a | 991978 | Unit=3A32, Status=EC, Comment=3A32 -- CONVY/ASST., Location=1374 ANSEL RD CLEV, Employee=993428 |
| | | | | Unit=3A32, Status=EC, Comment=3A32 -- CONVY/ASST., Location=1374 ANSEL RD CLEV, Employee=994286 |
| 7:12:17 AM | 11/13/2014 | polch3b | 993109 | Unit=3S34, Status=AV |
| 7:12:18 AM | 11/13/2014 | polch3b | 993109 | Agency=CPD, Group=D3, Beat=35, Status=A, Priority=3, ETA=0, Hold Type=0, Primary Unit=3B35, Primary Member=0, Current=T, Open Current=F, Type Code=NVFT-NON-VIOLENT FAMILY TROUBLE, SubType Code=2M-2M,Operator=YOLANDA JONES |
| | | | | EVENT CLOSED |