



**03/01/2016**

MALIK, DAVID

8437 MAYFIELD RD STE 101

CHESTERLAND, OH 44026-2584

Patient: ANDERSON, TANISHA
SSN: ***-**-4654
Claim/File #:
Order #: 42668249
Fax #: 440-729-8262

Records Requested from: CLEVELAND CLINIC FOUNDATION LEGAL
Rec. Location: CCF MAIN CAMPUS

Dear Requester of Healthcare Information:

IOD Incorporated has been retained by the above named Health Care Provider to handle release of information requests such as yours at their facility.  Enclosed please find the information you requested with a copy of your request.

Please Note : This information has been disclosed to you from records that may be protected by state and federal confidentiality rules (42 CFR, part 2).  The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, part 2.  A general authorization for release of medical or other information is NOT sufficient for this purpose.  The federal rules restrict any use of protected information to criminally investigate or prosecute any alcohol or drug abuse patient.

If you have requested x-ray films or billing records, you will need to contact the radiology department or billing office to check the status of your request.  If you need information regarding x-ray or billing records, please contact the Health Care Provider directly.

In an effort to improve the quality of our service we are seeking your feedback. The survey should take no more than five minutes to complete. Please complete the survey at http://survey.iodincorporated.com/ and thank you in advance for your time and input.

If you have any questions regarding this notice, please contact Customer Relations at 866-420-7455 Option 1.

*IOD Incorporated  Tax ID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*



4407298262                                   11:56:24   10-05-2015      1/5

# David B. Malik, Esq.

Attorney at Law

Website: www.davidbmaliklaw.com

Chester Business Park
8437 Mayfield Road
Suite 101
Chesterland, OH 44026

Email: dbm50@sbcglobal.net
Office: (440) 729-8260
Cell: (216) 570-3898
Fax: (440) 729-8262

September 8, 2015

Cleveland Clinic
Release of Information
Health Information Management Department
9500 Euclid Avenue
Cleveland, Ohio 44195

Please be advised that this office represents the Estate of Tanisha Anderson. See attached documents. Your prompt response is greatly appreciated. If you have any questions, please call me at 216.789.2485.

/s/ Sara Gedeon
Sara Gedeon, Esq.



 **Cleveland Clinic**

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
|---|---|
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

## Emergency Department

### ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 11/13/14 0011 | Patient arrived in ED | TREBISKY, DAVID | |
| 11/13/14 0011 | Patient roomed in ED | TREBISKY, DAVID | To room ED19 |
| 11/13/14 0034 | Patient transferred | TREBISKY, DAVID | From room ED19 to room E1710 |
| 11/13/14 0034 | Patient transferred | TREBISKY, DAVID | From room E1710 to room E1709 |
| 11/13/14 0427 | Patient discharged | TREBISKY, DAVID | |

### Visit Information

| Arrival | Department | First Attending |
|---|---|---|
| 11/13/2014  12:11 AM | Hosp Main Emergency | Sean Roth, DO DPM |

| Account Number | Patient Type | Patient Class | CSN | HAR |
|---|---|---|---|---|
| 231957800061 | | Emergency | 305524825 | |

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 11/13/2014 12:11 AM | ESI-1 | Cleveland EMS | EMS | Emergency Medicine | Emergency |

Arrival Complaint
cardiac arrest

### Allergies as of 11/13/2014

No Known Allergies
**Date Verified:** 11/13/2014

### Chief Complaint

Chief Complain
CARDIAC ARREST

### ED Screening Questions

| Date and Time | Do You Feel Safe At Home? | Explain | Are You Having Thoughts of Harming Yourself/Others | Recent Travel Outside USA in last 30 days? | Entered By |
|---|---|---|---|---|---|
| **11/13/14 0012** | **--** | **--** | **--** | **No** | **DT** |
| **11/13/14 0015** | **Deferred - Patient Unable to Answer, No Family Available** | **--** | **--** | **No** | **DT** |

### Patient Home Medications

Reviewed by David (Rn)(Hist) Trebisky, RN (Registered Nurse) on 11/13/14 at 0015

| | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|
| acetaminophen 325 mg tablet | 65178 4335 | No | Take 1-2 tablets by mouth every 4 hours as needed for Pain. | Malti Vij | | Active |
| Ascorbic Acid chew | 65178 4331 | No | Take 1 tablet by mouth once daily. | Malti Vij | | Active |



 **Cleveland Clinic**

| | | | | |
|---|---|---|---|---|
| Cleveland Clinic Hospital | | | ANDERSON,TANESHA N | |
| 9500 Euclid Ave., Mailcode Ab-7 | | | MRN: 23195780 | |
| Cleveland OH 44195 | | | DOB: 1/22/1977, Sex: F | |
| | | | Adm: 11/13/2014, D/C: 11/13/2014 | |

Emergency Department (continued)

Patient Home Medications (continued)

| blood sugar diagnostic (FREESTYLE TEST) test strip | 66803 6908 | No | Use as instructed | Malti Vij | Activ e |
|---|---|---|---|---|---|
| dextrose 40 % gel | 64408 5253 | No | Take 15 g by mouth as needed. | Ruth (Pa-C) Sager | Activ e |
| docusate sodium 100 mg capsule | 65178 4327 | No | Take 1 capsule by mouth twice daily. | Malti Vij | Activ e |
| ergocalciferol, vitamin D2, 50,000 unit capsule | 66803 6910 | No | Take 1 capsule by mouth once each week. | Malti Vij | Activ e |
| ibuprofen 600 mg tablet | 65988 3873 | No | Take 1 tablet by mouth every 6 hours as needed for Pain. | Malti Vij | Activ e |
| insulin glargine 100 unit/mL (3 mL) inpn | 64750 5513 | No | Inject 40 Units subcutaneously daily at bedtime. | Yvonne C Yen | Activ e |
| insulin lispro 100 unit/mL injection | 66803 6917 | No | Inject 10 Units subcutaneously three times daily before meals. | Malti Vij | Activ e |
| Insulin Lispro, Human, (HUMALOG) 100 unit/mL crtg | 66988 0588 | No | Inject 10 Units subcutaneously w MEALS. | Malti Vij | Activ e |
| Insulin Needles, Disposable, (BD ULTRAFINE III MINI PEN) 31 x 3/16 " ndle | 66803 6907 | No | 20 Units twice daily. | Malti Vij | Activ e |
| Insulin NPH-Regular Human Rec 100 unit/mL (70-30) inpn | 65178 4333 | No | Inject 20 Units subcutaneously twice daily. | Malti Vij | Activ e |
| Insulin Syringe-Needle U-100 (BD INSULIN SYRINGE MF) 1/2 mL 28 x 1/2" syrg | 66803 6909 | No | 1 Each daily at bedtime. For lantus | Malti Vij | Activ e |
| Lancets (FREESTYLE LANCETS) lancets | 66803 6916 | No | Use as instructed | Malti Vij | Activ e |
| metFORMIN 500 mg tablet | 66803 6915 | No | Take 2 tablets by mouth twice daily with meals. | Malti Vij | Activ e |
| metoprolol tartrate, short acting, 25 mg tablet | 66803 6912 | No | Take 1 tablet by mouth every 12 hours. | Malti Vij | Activ e |
| multivitamin tablet | 66803 6911 | No | Take 1 tablet by mouth once daily. | Malti Vij | Activ e |
| nicotine polacrilex 2 mg gum | 65178 4330 | No | Take 1 Each by mouth every 2 hours as needed. | Malti Vij | Activ e |
| omeprazole 20 mg capsule | 66803 6914 | No | Take 1 capsule by mouth once daily. Before breakfast | Malti Vij | Activ e |
| polyethylene glycol 3350 17 gram packet | 64750 5519 | No | Take 1 Packet by mouth once daily. | Yvonne C Yen | Activ e |
| QUEtiapine 25 mg tablet | 64750 5508 | No | Take 3 tablets by mouth twice daily. | Yvonne C Yen | Activ e |

 Cleveland Clinic

| | Cleveland Clinic Hospital<br>9500 Euclid Ave., Mailcode Ab-7<br>Cleveland OH 44195 | ANDERSON,TANESHA N<br>MRN: 23195780<br>DOB: 1/22/1977, Sex: F<br>Adm: 11/13/2014, D/C: 11/13/2014 |

## Emergency Department (continued)

### Patient Home Medications (continued)

| simvastatin (ZOCOR) 10 mg tablet | 66803 6913 | No | Take 1 tablet by mouth daily at bedtime. | Malti Vij | Active |
| therapeutic multivitamin-minerals 27-0.4 mg tab | 65178 4328 | No | Take 1 tablet by mouth once daily. | Malti Vij | Active |

### Current Discharge Medication List

Medication list as of: 11/13/2014 4:28 AM

## ED Notes

### ED Notes by David (Rn)(Hist) Trebisky, RN at 11/13/2014 12:11 AM

Author: David (Rn)(Hist) Trebisky, RN    Service: (none)    Author Type: Registered Nurse
Filed: 11/13/2014 12:11 AM    Note Time: 11/13/2014 12:11 AM    Status: Signed
Editor: David (Rn)(Hist) Trebisky, RN (Registered Nurse)
Bed: E12-19
Expected date:
Expected time:
Means of arrival:
Comments:

### ED Notes by Julianne (Rn) Rosa Schiazza, RN at 11/13/2014 1:12 AM

Author: Julianne (Rn) Rosa Schiazza, RN    Service: Emergency Medicine    Author Type: Registered Nurse
Filed: 11/13/2014 1:14 AM    Note Time: 11/13/2014 1:12 AM    Status: Addendum
Editor: Julianne (Rn) Rosa Schiazza, RN (Registered Nurse)
Related Notes: Original Note by Julianne (Rn) Rosa Schiazza, RN (Registered Nurse) filed at 11/13/2014 1:13 AM

Contacted Amy at Lifebanc via phone # 800-558-5433.

This note was completed by: Julianne Rosa Schiazza, RN

Julianne (Rn) Rosa Schiazza, RN
11/13/14 0113

Julianne (Rn) Rosa Schiazza, RN
11/13/14 0114

### ED Notes by Julianne (Rn) Rosa Schiazza, RN at 11/13/2014 12:11 AM

Author: Julianne (Rn) Rosa Schiazza, RN    Service: Emergency Medicine    Author Type: Registered Nurse
Filed: 11/13/2014 1:16 AM    Note Time: 11/13/2014 12:11 AM    Status: Addendum
Editor: Julianne (Rn) Rosa Schiazza, RN (Registered Nurse)
Related Notes: Original Note by Julianne (Rn) Rosa Schiazza, RN (Registered Nurse) filed at 11/13/2014 1:15 AM

Pt arrived to ED w/CPR in progress. See paper documentation.



 **Cleveland Clinic**

| | |
|---|---|
| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

ED Notes (continued)

ED Notes by Julianne (Rn) Rosa Schiazza, RN at 11/13/2014 12:11 AM (continued)

This note was completed by: Julianne Rosa Schiazza, RN

Julianne (Rn) Rosa Schiazza, RN
11/13/14 0115

Julianne (Rn) Rosa Schiazza, RN
11/13/14 0116

ED Notes by Julianne (Rn) Rosa Schiazza, RN at 11/13/2014 1:23 AM

| | | |
|---|---|---|
| Author: Julianne (Rn) Rosa Schiazza, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 11/13/2014 1:24 AM | Note Time: 11/13/2014 1:23 AM | Status: Signed |
| Editor: Julianne (Rn) Rosa Schiazza, RN (Registered Nurse) | | |

Pt not eligible for organ donation d/t history of necrotizing fascitis within past year. Reference #2014-015284. Information provided by Amy at Lifebanc.

This note was completed by: Julianne Rosa Schiazza, RN

Julianne (Rn) Rosa Schiazza, RN
11/13/14 0124

ED Notes by Julianne (Rn) Rosa Schiazza, RN at 11/13/2014 2:56 AM

| | | |
|---|---|---|
| Author: Julianne (Rn) Rosa Schiazza, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 11/13/2014 4:28 AM | Note Time: 11/13/2014 2:56 AM | Status: Addendum |
| Editor: Julianne (Rn) Rosa Schiazza, RN (Registered Nurse) | | |
| Related Notes: Original Note by Julianne (Rn) Rosa Schiazza, RN (Registered Nurse) filed at 11/13/2014 2:57 AM | | |

Bilat hands bagged w/brown paper bags and paper tape w/Dave, ANM and Carl, Medic per Sgt. Jones of Cleveland Police Department's request.

This note was completed by: Julianne Rosa Schiazza, RN

Julianne (Rn) Rosa Schiazza, RN
11/13/14 0257

Julianne (Rn) Rosa Schiazza, RN
11/13/14 0428

ED Provider Notes

ED Provider Notes by Sean Roth at 11/13/2014 12:58 AM

 Cleveland Clinic

| | |
|---|---|
| Cleveland Clinic Hospital<br>9500 Euclid Ave., Mailcode Ab-7<br>Cleveland OH 44195 | ANDERSON,TANESHA N<br>MRN: 23195780<br>DOB: 1/22/1977, Sex: F<br>Adm: 11/13/2014, D/C: 11/13/2014 |

ED Provider Notes (continued)

ED Provider Notes by Sean Roth at 11/13/2014 12:58 AM (continued)

| | | |
|---|---|---|
| Author: Sean Roth | Service: Emergency Medicine | Author Type: Physician |
| Filed: 11/13/2014 2:39 PM | Note Time: 11/13/2014 12:58 AM | Status: Signed |
| Editor: Sean Roth (Physician) | | |

Related Notes:   Original Note by Joseph Lally (Physician) filed at 11/13/2014 7:03 AM

Procedure Orders
1. CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976885] ordered by Sean Roth at 11/13/14 1433
2. CCHS ED NOTEWRITER PROCEDURE INTRAOSSEOUS LINE INSERTION [717976942] ordered by Sean Roth at 11/13/14 1433

**ED Provider Note**

**Patient Name:** Tanesha N Anderson
**MRN:** 23195780
**SERVICE DATE:** 11/13/14

## History

Patient presents with:
  Cardiac Arrest - Per CPD, attempted to bring patient to hospital for psych eval, pt unresponsive with faint pulse upon EMS arrival.  Asystole upon arrival to ED.  25 minute down time prior to arrival, given Epi x 4 pta

HPI
Presents in cardiac arrest. Unable to obtain history. Per EMS patient was arguing with police in front of her home when became unresponsive. At time of EMS arrival patient reportedly had labored respirations and thready pulse; shortly after getting into ambulance patient lost pulses and CPR started. No report of trauma. CPR for ~ 25 minutes prior to arrival. King LT in place. No additional history available at time of arrival.

PAST MEDICAL HISTORY
Bipolar Disorder (Hcc)
Diabetes Mellitus (Hcc)
Sleep Disorder
Dyslipidemia

Social History
  Marital Status: Single          Spouse Name:
  Years of Education:             Number of children:

Social History Main Topics
  Smoking Status: Former Smoker        Packs/Day: .3    Years: 2
    Types: Cigarettes
    Quit date: 01/01/2013
  Smokeless Status: Never Used
  Comment: 5-6 per day
  Alcohol Use: No
  Drug Use: No



 Cleveland Clinic

| | |
|---|---|
| Cleveland Clinic Hospital<br>9500 Euclid Ave., Mailcode Ab-7<br>Cleveland OH 44195 | ANDERSON,TANESHA N<br>MRN: 23195780<br>DOB: 1/22/1977, Sex: F<br>Adm: 11/13/2014, D/C: 11/13/2014 |

ED Provider Notes (continued)

ED Provider Notes by Sean Roth at 11/13/2014 12:58 AM (continued)

ALLERGIES:

Review of patient's allergies indicates no known allergies.

Review of Systems
Unable to perform ROS

## Physical Exam
There were no vitals taken for this visit.

Physical Exam
Constitutional:
   **Unresponsive. CPR in progress. Patient being bagged by EMS.**
HENT:
Head: Atraumatic.
Eyes:
   **Pupils unresponsive**
Cardiovascular:
   **+ pulse with CPR. Cool extremities.**
Pulmonary/Chest:
   **Bilateral BS with bagging. No wheeze.**
Abdominal:
   **Obese. + surgical scar in R groin (not acute).**
Musculoskeletal:
   **No gross deformity.**
Neurological:
   **No spontaneous movement. Pupils not reactive. No posturing.**
Skin:
   **Cool skin in extremities. No rash. No ecchymosis appreciated.**


## ED Course

Diagnosis: cardiopulmonary arrest

## INTUBATION
Date/Time: 11/13/2014 12:11 AM
Performed by: ROTH, SEAN
Authorized by: ROTH, SEAN
Consent: The procedure was performed in an emergent situation.
Required items: required blood products, implants, devices, and special equipment available
Indications: respiratory failure
Intubation method: direct
Patient status: unconscious
Preoxygenation: king lt in place.
Pretreatment medications: none

 Cleveland Clinic

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

ANDERSON,TANESHA N
MRN: 23195780
DOB: 1/22/1977, Sex: F
Adm: 11/13/2014, D/C: 11/13/2014

ED Provider Notes (continued)

ED Provider Notes by Sean Roth at 11/13/2014 12:58 AM (continued)

Laryngoscope size: Mac 4
Tube size: 7.5 mm
Tube type: cuffed
Number of attempts: 1 (please see note, as tube had to be repositioned during cpr)
Cricoid pressure: no
Cords visualized: yes
Post-procedure assessment: chest rise,  ETCO2 monitor and CO2 detector
Breath sounds: equal and absent over the epigastrium
Cuff inflated: yes
ETT to lip: 23 cm
Tube secured with: ETT holder
Comments: During CPR and ACLS

**IO INSERTION**
Date/Time: 11/13/2014 12:11 AM
Performed by: ROTH, SEAN
Authorized by: ROTH, SEAN
Consent: The procedure was performed in an emergent situation.
Indications: rapid vascular access
Local anesthesia used: no
Patient sedated: no
Insertion site: right proximal tibia
Site preparation: chlorhexidine
Insertion device: drill device
Insertion: needle was inserted through the bony cortex
Number of attempts: 1
Confirmation method: stability of the needle, easy infusion of fluids and aspiration of blood/marrow
Secured with: protective shield
Comments: Left tib/fib i/o and left humeral i/o placed as well

ATTENDING PROCEDURE NOTE

I was present for the key portions of the procedure.

Sean M. Roth DO, DPM, FACEP


**MDM**
Number of Diagnoses or Management Options

Course:
Triage records werereviewed.
Nursing notes were reviewedand incorporated.
Unable to review medical records.

Course:
Patient in cardiopulmonary arrest upon arrival. King LT in place via EMS. CPR continued. Adequate end tidal
with King LT. ACLS continued for several rounds with multiple rounds of epi, bicarb, calcium and amio (1) (see



 Cleveland Clinic

| | |
|---|---|
| Cleveland Clinic Hospital<br>9500 Euclid Ave., Mailcode Ab-7<br>Cleveland OH 44195 | ANDERSON,TANESHA N<br>MRN: 23195780<br>DOB: 1/22/1977, Sex: F<br>Adm: 11/13/2014, D/C: 11/13/2014 |

ED Provider Notes (continued)

ED Provider Notes by Sean Roth at 11/13/2014 12:58 AM (continued)

nursing documentation for specific details). Pt had V-fib noted on monitor on two separate rhythm checks (not consecutively); defibrillated during each of above rhythm's. During pulse check an advanced airway was placed; with adequate color change and breath sounds however 2 minutes after initial placement, end tidal dropped---tube position immediately re-evaluated with laryngoscopy and it was found that ET tube had migrated out of airway--it was replaced into trachea and confirmed with end tidal and BS and then secured in place.  Total of 30 seconds to evaluate and reposition. After ~ total of 50 minutes of total CPR (25 pre-hospital) and several consecutive rhythm checks with asystole and no cardiac motion on bed side ECHO decision was made to call code. Patient was pronounced dead at 00:30.

Family updated in family room. Reviewed patient course. All questions answered and emotional support given. Family provided additional information that patient had been acting bizarrely over the past several days; report a history of schizophrenia. Pt/family contacted police overnight secondary to the behavior.

Medical Decision Making:
Patient with cardiac arrest. Unclear etiology of symptoms. No reversible cause identified. Course as above. Patient pronounced dead in ED ~ 30 minutes after arrival.

The attending who evaluated and managed this patient was Roth, Sean .

Plan:
The patient was transferred to morgue.

Consent: A procedure or transfusion was performed - No

Joseph Lally, MD

Condition at time of disposition: stable


**SIGNATURE:** Joseph Lally, MD

Joseph (Res) Lally
Resident
11/13/14 0703

**Attending Note**
I evaluated the patient and personally participated in the key components.  I agree with the resident's findings and plan with the following revisions and/or additions:

To the ed by EMS and according to family report, as above.  Patient to the ed while cpr and acls in progress with adjunct airway device in place.  We assumed care and took over acls (please see code sheet), and airway device replaced with ETT.  Asystole, v-fib and pea were encountered with multiple attempts to idenify cause and reverse/revive.  Unfortunately never a return to spontaneous circulation.  After long downtime and prolonged cycles of asystole, decision to pronounce patient at 00:30.  Family notified upon arrival.

**Critical Care**
I spent a total of 11 minutes of critical care time outside of cpr/acls and procedures in the evaluation and management of this patient. This was necessary to treat or prevent deterioration of the following condition(s):

 Cleveland Clinic

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

ANDERSON,TANESHA N
MRN: 23195780
DOB: 1/22/1977, Sex: F
Adm: 11/13/2014, D/C: 11/13/2014

ED Provider Notes (continued)

ED Provider Notes by Sean Roth at 11/13/2014 12:58 AM (continued)

Cardiac Arrest, which the patient had and/or has a high probability of suddenly developing. The patient received IV Fluids during the time that critical care was provided. I discussed the plan of care with the  Resident and agree with the findings documented. Critical care time excludes separately billed procedures.

Sean Roth, DO DPM FACEP

cardiopulmonary resuscitation was performed for 25 minutes.

**Signature:** Sean Roth, DO DPM FACEP
**Date:** 11/13/2014
**Time:** 2:07 PM

Sean Roth
11/13/14 1439



 **Cleveland Clinic**

| | | |
|---|---|---|
| | Cleveland Clinic Hospital | ANDERSON,TANESHA N |
| | 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| | Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | | Adm: 11/13/2014, D/C: 11/13/2014 |

## Procedures - All Notes

**Procedures signed by Ccf Provider at 11/19/2014 9:53 AM**

| | | |
|---|---|---|
| Author: Ccf Provider | Service: (none) | Author Type: Physician |
| Filed: 11/19/2014 4:17 PM | Note Time: 11/13/2014 12:11 AM | Status: Signed |
| Editor: Ccf Provider (Physician) | | Trans ID: 149730955CCFONBASE23195780 |
| Trans Status: Available | Dictation Time: 11/19/2014 9:53 AM | Trans Time |
| Trans. Doc Type: Emergency Medical Response | | |

Scan on 11/13/2014 12:11 AM by Ccf Provider

 Cleveland Clinic

| | | |
|---|---|---|
| | Cleveland Clinic Hospital | ANDERSON,TANESHA N |
| | 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| | Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | | Adm: 11/13/2014, D/C: 11/13/2014 |

Informed Consent - All Notes

Informed Consent signed by Ccf Provider at 11/13/2014 12:45 AM

| | | |
|---|---|---|
| Author: Ccf Provider | Service: (none) | Author Type: Physician |
| Filed: 11/13/2014 1:18 AM | Note Time: 11/13/2014 12:11 AM | Status: Signed |
| Editor: Ccf Provider (Physician) | | Trans ID: |
| | | 149164759CCFONBASE23195780 |
| Trans Status: Available | Dictation Time: 11/13/2014 12:45 AM | Trans Time: |
| Trans Doc Type: Consent Form | | |

Scan on 11/13/2014 12:11 AM by Ccf Provider : GENERAL CONSENT



 Cleveland Clinic

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
|---|---|
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

Allied Health - All Notes

Allied Health by Mary J (Chaplain) Bolton at 11/13/2014  4:04 AM

| Author: Mary J (Chaplain) Bolton | Service: Spiritual Care | Author Type: Chaplain |
|---|---|---|
| Filed: 11/13/2014  4:05 AM | Note Time: 11/13/2014  4:04 AM | Status: Signed |
| Editor: Mary J (Chaplain) Bolton (Chaplain) | | |

 Cleveland Clinic

**SPIRITUALCARE**

**Spiritual Care Visit- Brief Note**

**Name:** Tanesha N Anderson
**MRN:** 23195780
**Date:** November 13, 2014

**Notes:** Provided spiritual presence and prayer to family.

_____

**Chaplain Signature:** Mary J Bolton, Chaplain

To contact the Spiritual Care Department:
Please call 216-444-2518 or Page the On-Call Chaplain at pager 22956
Thank you for the opportunity to be of service.

**This is an electronically created document.**
**IF PRINTED, PLEASE DO NOT REMOVE FROM THE CHART OR MODIFY PRINTED COPY.**

Orders (Some orders may appear duplicative but indicate data entry only)

ENDTIDAL CO2 (CAPNOGRAPHY) [717782327]

| Electronically signed by: **Sean Roth on 11/13/14 0257** | | Status: **Discontinued** |
|---|---|---|
| Mode: Ordering in ED Triage mode | Communicated by: Colleen (Rrt) Alflen, RRT | |
| Ordering user: Colleen (Rrt) Alflen, RRT 11/13/14 0136 | Ordering provider: Sean Roth | |
| Frequency: STAT cont (I) 11/13/14 0145 - Until Specified | Discontinued by: Reg In Adtr 11/13/14 0628 [Auto DC at discharge.] | |

ENDTIDAL CO2 (CAPNOGRAPHY) [717782329]

| Electronically signed by: **Sean Roth on 11/13/14 0257** | | Status: **Completed** |
|---|---|---|
| Mode: Ordering in ED Triage mode | Communicated by: Colleen (Rrt) Alflen, RRT | |
| Ordering user: Colleen (Rrt) Alflen, RRT 11/13/14 0136 | Ordering provider: Sean Roth | |

 **Cleveland Clinic**

| | |
|---|---|
| Cleveland Clinic Hospital<br>9500 Euclid Ave., Mailcode Ab-7<br>Cleveland OH 44195 | ANDERSON,TANESHA N<br>MRN: 23195780<br>DOB: 1/22/1977, Sex: F<br>Adm: 11/13/2014, D/C: 11/13/2014 |

Orders (Some orders may appear duplicative but indicate data entry only) (continued)

**SUCTION AIRWAY [717782331]**

Electronically signed by: **Sean Roth on 11/13/14 0257**                Status: **Discontinued**
Mode:  Ordering in ED Triage mode                Communicated by:  Colleen (Rrt) Alflen, RRT
Ordering user:  Colleen (Rrt) Alflen, RRT 11/13/14 0136        Ordering provider:  Sean Roth
Frequency:  Routine cont  (I) 11/13/14 0145 - Until        Discontinued by   Reg In Adtr 11/13/14 0628 [Auto DC at
Specified                discharge.]

**SUCTION AIRWAY [717782333]**

Electronically signed by: **Sean Roth on 11/13/14 0257**                Status:  **Completed**
Mode:  Ordering in ED Triage mode                Communicated by:  Colleen (Rrt) Alflen, RRT
Ordering user:  Colleen (Rrt) Alflen, RRT 11/13/14 0136        Ordering provider:  Sean Roth

**MORGUE TRANSPORT-RED TAG [717791681]**

Electronically signed by: **Temit (Huc) Winston, HUC on 11/13/14**                Status:  **Discontinued**
**0333**
Ordering user:  Temit (Huc) Winston, HUC 11/13/14 0333    Ordering provider:  Sean Roth
Frequency:  STAT Once 11/13/14 0345 - 1  Occurrences        Discontinued by   Reg In Adtr 11/13/14 0628 [Auto DC at
                discharge.]

Questions:
  FROM Loc/Bed  E17-09

**MORGUE TRANSPORT-RED TAG [717791684]**

Electronically signed by: **Temit (Huc) Winston, HUC on 11/13/14**                Status:  **Discontinued**
**0333**
Ordering user:  Temit (Huc) Winston, HUC 11/13/14        Ordering provider   Sean Roth
0333
Discontinued by   Reg In Adtr 11/13/14 0628 [Auto DC at
discharge.]
Questions:
  FROM Loc/Bed  E17-09

**CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976881]**

Electronically signed by  **Sean Roth on 11/13/14 1433**                Status  **Completed**
Ordering user:  Sean Roth 11/13/14 1433                Ordering provider:  Sean Roth
Frequency:  Routine Once 11/13/14 1445 - 1  Occurrences
Comments:
  This order was created via procedure documentation

**CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976885]**

Electronically signed by  **Sean Roth on 11/13/14 1433**                Status  **Completed**
Ordering user:  Sean Roth 11/13/14 1433                Ordering provider:  Sean Roth
Comments:
  This order was created via procedure documentation

---



 **Cleveland Clinic**

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
|---|---|
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

Orders (Some orders may appear duplicative but indicate data entry only) (continued)

CCHS ED NOTEWRITER PROCEDURE INTRAOSSEOUS LINE INSERTION [717976939]

Electronically signed by: **Sean Roth on 11/13/14 1433**                              Status: **Completed**
Ordering user: Sean Roth 11/13/14 1433          Ordering provider: Sean Roth
Frequency: Routine Once 11/13/14 1445 - 1  Occurrences
Comments:
   This order was created via procedure documentation


CCHS ED NOTEWRITER PROCEDURE INTRAOSSEOUS LINE INSERTION [717976942]

Electronically signed by: **Sean Roth on 11/13/14 1433**                              Status: **Completed**
Ordering user: Sean Roth 11/13/14 1433          Ordering provider: Sean Roth
Comments
   This order was created via procedure documentation


[724889303]
Electronically signed by:  **on 12/09/14 1359**                              Status: **Active**
Ordering user:
Frequency:    - Until Discontinued


[724889704]
Electronically signed by:  **on 12/09/14 1400**                              Status: **Active**
Ordering user:
Frequency:    - Until Discontinued


[724889827]
Electronically signed by:  **on 12/09/14 1400**                              Status: **Active**
Ordering user:
Frequency:    - Until Discontinued


[724890178]
Electronically signed by:  **on 12/09/14 1400**                              Status: **Active**
Ordering user:
Frequency:    - Until Discontinued


[724890302]
Electronically signed by:  **on 12/09/14 1401**                              Status: **Active**
Ordering user:
Frequency:    - Until Discontinued


[724890647]
Electronically signed by:  **on 12/09/14 1401**                              Status: **Active**
Ordering user:
Frequency:    - Until Discontinued

 **Cleveland Clinic**

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
|---|---|
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

Orders (Some orders may appear duplicative but indicate data entry only) (continued)

[724890647] (continued)

[724890846]

| Electronically signed by: **on 12/09/14 1402** | Status **Active** |
|---|---|
| Ordering user: | |
| Frequency: - Until Discontinued | |

All Procedure Results (11/13/14 - 11/13/14)

Resulted: 11/13/14 1439, Result status: Final
result

CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976385]

| Ordering provider: | Sean Roth  11/13/14 1433 | Resulting lab: | EMERGENCY DEPARTMENT |
|---|---|---|---|
| Narrative: | Sean Roth    11/13/2014  2:39 PM | | |

ED Provider Note
Patient Name: Tanesha N Anderson

MRN: 23195780
SERVICE DATE: 11/13/14

History

Patient presents with:
 Cardiac Arrest - Per CPD, attempted to bring patient to
hospital for psych eval, pt unresponsive with faint pulse upon
EMS arrival.  Asystole upon arrival to ED.  25 minute down time
prior to arrival, given Epi x 4 pta

HPI
Presents in cardiac arrest. Unable to obtain history. Per EMS
patient was arguing with police in front of her home when became
unresponsive. At time of EMS arrival patient reportedly had
labored respirations and thready pulse; shortly after getting
into ambulance patient lost pulses and CPR started. No report of
trauma. CPR for ~ 25 minutes prior to arrival. King LT in place.
No additional history available at time of arrival.

PAST MEDICAL HISTORY
Bipolar Disorder (Hcc)
Diabetes Mellitus (Hcc)
Sleep Disorder
Dyslipidemia

Social History
 Marital Status: Single            Spouse Name:

 Years of Education:               Number of children:

---



 **Cleveland Clinic**

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
| --- | --- |
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

All Procedure Results (11/13/14 - 11/13/14) (continued)

CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976885]     Resulted: 11/13/14 1439, Result status: Final
(continued)                                                                                                                    result

Social History Main Topics
Smoking Status: Former Smoker          Packs/Day: .3
Years: 2
  Types: Cigarettes
  Quit date: 01/01/2013
Smokeless Status: Never Used
Comment: 5-6 per day
Alcohol Use: No
Drug Use: No


ALLERGIES:

Review of patient's allergies indicates no known allergies.

Review of Systems
Unable to perform ROS


Physical Exam
There were no vitals taken for this visit.

Physical Exam
Constitutional:
   Unresponsive. CPR in progress. Patient being bagged by EMS.

HENT:
Head: Atraumatic.
Eyes:
   Pupils unresponsive
Cardiovascular:
   + pulse with CPR. Cool extremities.
Pulmonary/Chest:
   Bilateral BS with bagging. No wheeze.
Abdominal:
   Obese. + surgical scar in R groin (not acute).
Musculoskeletal:
   No gross deformity.
Neurological:
   No spontaneous movement. Pupils not reactive. No posturing.

Skin:
   Cool skin in extremities. No rash. No ecchymosis
appreciated.


ED Course

Diagnosis: cardiopulmonary arrest

INTUBATION

 Cleveland Clinic

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
|---|---|
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

All Procedure Results (11/13/14 - 11/13/14) (continued)

CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976885] (continued)                Resulted: 11/13/14 1439, Result status: Final result

Date/Time: 11/13/2014 12:11 AM
Performed by: ROTH, SEAN
Authorized by: ROTH, SEAN
Consent: The procedure was performed in an emergent situation.
Required items: required blood products, implants, devices, and special equipment available
Indications: respiratory failure
Intubation method: direct
Patient status: unconscious
Preoxygenation: king It in place.
Pretreatment medications: none
Laryngoscope size: Mac 4
Tube size: 7.5 mm
Tube type: cuffed
Number of attempts: 1 (please see note, as tube had to be repositioned during cpr)
Cricoid pressure: no
Cords visualized: yes
Post-procedure assessment: chest rise,  ETCO2 monitor and CO2 detector
Breath sounds: equal and absent over the epigastrium
Cuff inflated: yes
ETT to lip: 23 cm
Tube secured with: ETT holder
Comments: During CPR and ACLS

IO INSERTION
Date/Time: 11/13/2014 12:11 AM
Performed by: ROTH, SEAN
Authorized by: ROTH, SEAN
Consent: The procedure was performed in an emergent situation.
Indications: rapid vascular access
Local anesthesia used: no
Patient sedated: no
Insertion site: right proximal tibia
Site preparation: chlorhexidine
Insertion device: drill device
Insertion: needle was inserted through the bony cortex
Number of attempts: 1
Confirmation method: stability of the needle, easy infusion of fluids and aspiration of blood/marrow
Secured with: protective shield
Comments: Left tib/fib i/o and left humeral i/o placed as well

ATTENDING PROCEDURE NOTE

I was present for the key portions of the procedure.

Sean M. Roth DO, DPM, FACEP

MDM



 **Cleveland Clinic**

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

All Procedure Results (11/13/14 - 11/13/14) (continued)

CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976885] Resulted: 11/13/14 1439, Result status: Final
(continued) result

Number of Diagnoses or Management Options

Course:
Triage records werereviewed.
Nursing notes were reviewedand incorporated.
Unable to review medical records.

Course:
Patient in cardiopulmonary arrest upon arrival. King LT in place
via EMS. CPR continued. Adequate end tidal with King LT. ACLS
continued for several rounds with multiple rounds of epi, bicarb,
calcium and amio (1) (see nursing documention for specific
details). Pt had V-fib noted on monitor on two separate rhythm
checks (not consecutively); defibrillated during each of above
rhythm's. During pulse check an advanced airway was placed; with
adequate color change and breath sounds however 2 minutes after
initial placement, end tidal dropped---tube position immediately
re-evaluated with laryngoscopy and it was found that ET tube had
migrated out of airway--it was replaced into trachea and
confirmed with end tidal and BS and then secured in place.  Total
of 30 seconds to evaluate and reposition. After ~ total of 50
minutes of total CPR (25 pre-hospital) and several consecutive
rhythm checks with asystole and no cardiac motion on bed side
ECHO decision was made to call code. Patient was pronounced dead
at 00:30.

Family updated in family room. Reviewed patient course. All
questions answered and emotional support given. Family provided
additional information that patient had been acting bizarrely
over the past several days; report a history of schizophrenia.
Pt/family contacted police overnight secondary to the behavior.

Medical Decision Making:
Patient with cardiac arrest. Unclear etiology of symptoms. No
reversible cause identified. Course as above. Patient pronounced
dead in ED ~ 30 minutes after arrival.

The attending who evaluated and managed this patient was Roth,
Sean .

Plan:
The patient was transferred to morgue.

Consent: A procedure or transfusion was performed - No

Joseph Lally, MD

Condition at time of disposition: stable


SIGNATURE:  Joseph Lally, MD

 Cleveland Clinic

| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

All Procedure Results (11/13/14 - 11/13/14) (continued)

CCHS ED NOTEWRITER PROCEDURE INTUBATION [717976885]   Resulted: 11/13/14 1439, Result status: Final
(continued)   result

Joseph (Res) Lally
Resident
11/13/14 0703

Attending Note
I evaluated the patient and personally participated in the key
components.  I agree with the resident's findings and plan with
the following revisions and/or additions:

To the ed by EMS and according to family report, as above.
Patient to the ed while cpr and acls in progress with adjunct
airway device in place.  We assumed care and took over acls
(please see code sheet), and airway device replaced with ETT.
Asystole, v-fib and pea were encountered with multiple attempts
to idenify cause and reverse/revive.  Unfortunately never a
return to spontaneous circulation.  After long downtime and
prolonged cycles of asystole, decision to pronounce patient at
00:30.  Family notified upon arrival.

Critical Care
I spent a total of 11 minutes of critical care time outside of
cpr/acls and procedures in the evaluation and management of this
patient. This was necessary to treat or prevent deterioration of
the following condition(s): Cardiac Arrest, which the patient had
and/or has a high probability of suddenly developing. The patient
received IV Fluids during the time that critical care was
provided.I discussed the plan of care with the  Resident and
agree with the findings documented. Critical care time excludes
separately billed procedures.

Sean Roth, DO DPM FACEP

cardiopulmonary resuscitation was performed for 25 minutes.


Signature:  Sean Roth, DO DPM FACEP
Date:  11/13/2014
Time:  2:07 PM

ED Disposition
**Expired**                                                        David (Rn)(Hist)
                                                                   Trebisky, RN

ED Departure

| Date/Time | Event | User | Comments |
| 11/13/14 0427 | Patient discharged | TREBISKY, DAVID | |

ED Disposition/Discharge Disposition

Printed on 3/1/2016 10:40 AM                                        Page 19



 **Cleveland Clinic**

| | |
|---|---|
| Cleveland Clinic Hospital | ANDERSON,TANESHA N |
| 9500 Euclid Ave., Mailcode Ab-7 | MRN: 23195780 |
| Cleveland OH 44195 | DOB: 1/22/1977, Sex: F |
| | Adm: 11/13/2014, D/C: 11/13/2014 |

### ED Disposition/Discharge Disposition (continued)

| ED Dispo | Discharge Disp |
|---|---|
| Expired [8] | Expired [20] |

### ED FLOWSHEETS (all recorded)

#### Primary Assessment

11/13/14 0014

**Airway: WNL unobstructed airway with no implications for spine precautions**

| Airway: | Except, see Secondary Assessment Documentation -DT |
|---|---|

**Breathing: WNL regular and unlabored spontaneous respirations without tracheal deviation and a symmetrical rise/fall to the chest wall**

| Breathing: | Except, see Secondary Assessment Documentation -DT |
|---|---|

**Circulation: WNL skin is warm and dry, color is normal and pulses are present**

| Circulation: | Except, see Secondary Assessment Documentation -DT |
|---|---|

**Disability: WNL patient is alert and oriented with no reported loss of consciousness**

| Disability: | Except, see Secondary Assessment Documentation -DT |
|---|---|

#### Triage Call

11/13/14 0012

**Triage Call**

| Triage Call | Called -DT |
|---|---|

#### Triage Intake Complete

11/13/14 0015

**Triage Intake Complete**

| Triage Intake Complete? | Yes -DT |
|---|---|

#### Airway

**Airway Endotracheal Tube 11/13/14 0018**

| Airway | Type: **Endotracheal Tube** -CA Placement Date: **11/13/14** -CA Placement Time: **0018** -CA Airway Size (mm): **7.5 mm** -CA Mark: **23@ lip** -CA Cuffed/Uncuffed: **Cuffed** -CA Removal Date: **11/13/14** -RA Removal Time: **0628** -RA |
|---|---|

#### PAS STAFF SIGN IN

11/13/14 0020          11/13/14 0023

**PAS Staff Assigned**

| PAS STAFF | MJ -MJ | I.V jlw -MJ |
|---|---|---|

#### Triage Plan

 **Cleveland Clinic**

Cleveland Clinic Hospital
9500 Euclid Ave., Mailcode Ab-7
Cleveland OH 44195

ANDERSON,TANESHA N
MRN: 23195780
DOB: 1/22/1977, Sex: F
Adm: 11/13/2014, D/C: 11/13/2014

ED FLOWSHEETS (all recorded) (continued)

Triage Plan (continued)

|  | 11/13/14 0014 |
|---|---|
| **Triage Plan** | |
| Patient Acuity | 1 -DT |
| ED Destination | Main ED -DT |

Arrival Documentation

|  | 11/13/14 0012 |
|---|---|
| **Triage Start** | |
| Triage Start | Start -DT |

ED Falls Risk Screening

|  | 11/13/14 0014 |
|---|---|
| **ED Fall Risk Screening** | |
| Patient is an increased risk for falls | (!) Yes - Fall risk wrist band applied -DT |

ED Registration

|  | 11/13/14 0020 | 11/13/14 0025 | 11/13/14 0045 |
|---|---|---|---|
| **ED Registration** | | | |
| ED Registration Status | | | Reg Complete -MJ |
| Registration Alerts | | FC Cleared -JW | |
| PAS STAFF | MJ -MJ | I.V jlw -MJ | |

(r) = User Recd, (t) = User Taken  (c) = User Cosigned

| User Key | | |
|---|---|---|
| Initials | Name | Effective Dates |
| RA | Reg In Adtr | - |
| MJ | Marianne Jarosiak | - |
| DT | David (Rn)(Hist) Trebisky, RN | 08/14/09 - |
| JW | Jamie L Willingham Fc | - |
| CA | Colleen (Rrt) Alflen, RRT | 05/07/14 - |

**END OF REPORT**



## Cleveland Clinic
### EMERGENCY RESPONSE FORM
Page 1 of 2

DATE: 11 / 12 / 14
LOCATION OF EVENT: Police station
WITNESSED EVENT: ☐ NO ☑ YES
CHECK IF PRESENT AT ONSET:   OXYGEN DEVICE (L/minute or FiO2): _____
☑ ETT ☐ VENT ☐ IV ACCESS
MONITOR: ☐ ECG ☐ RR ☐ pOx
CONSCIOUS AT ONSET: ☐ YES ☐ NO
PULSE AT ONSET: ☐ YES ☐ NO
RESPIRATION AT ONSET: ☐ YES ☐ NO
RHYTHM AT ONSET: ☐ NSR ☐ A FIB ☐ BRADY ☐ ASYS ☐ PEA
☐ VFIB ☐ VTACH ☐ SVT ☐ PACED ☐ OTHER: _____

Patient Name: ANDERSON, TANESHA N
1/22/1977  F  Sean Roth
23195780      0061
Clinic Number:

CCF102713

BG 270

PRECIPITATING EVENTS: w/police, lost consciousness,
hx
5 mg epi, asystole
25 min downtime

WEIGHT: _____

### INTRAVENOUS PUSH INJECTION

| DNR ☐ YES ☐ NO | TIME | RHYTHM | HEART RATE | DEFIB / CARDIO JOULES ☐ AED ☐ BI ☐ MONO | CHEST COMPRESSIONS (✓) | PULSE c COMPRESSIONS (✓) | B.P. ☐ ART ☐ NIBP ☐ MANUAL | O₂ SATURATION | RESPIRATORY RATE | BVM (✓) | CONFIRMATION OF AIRWAY (✓) | AMIODARONE | ATROPINE | Ca CHLORIDE | EPINEPHRINE | LIDOCAINE | MAGNESIUM SULFATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0006 | | | | ✓ | ✓ | | | | | | | | | | | |
| | 0009 | PEA | at least 2 minutes apart | | ✓ | ✓ | | | | | | | | | 1mg | | |
| | 0011 | | | | | | | | | | | | | | | | |
| | 0012 | | | | | | | | | Confirmation every 10 minutes | | | | | 1000 mg | | |
| | 0013 | | | | | | | | | | | | | | 1 mg | | |
| | 0014 | VFib | 200J | | | | | | | | within 5 minutes of pulseless rhythm | | | | | | |
| | 0016 | Asystole | | | | | | | | | | | | | 1 mg | | |
| | 0019 | Asystole | begin less than 1 minute if no pulse | | | | | | | | | | | | 1 mg | | |
| | 0020 | | | | | | | | | | | | | | 1 mg | | |
| | 0021 | Asystole | within 3 minutes of VT/VF; | | | | | | | | | | | | | | |
| | 0023 | | | | | | | | | | | | | | 1mg | | |
| | 0024 | VFib | 200J | | | | | | 300 mg | | | | | | | | |

Medication Nurse (Preparation): _____ SIGNATURE        DRUG BOX #: B430
Medication Nurse (Administration): _____ SIGNATURE    CRASH CART #: N/A
Recording Nurse: _____ SIGNATURE   RESPIRATORY THERAPIST: _____ SIGNATURE

102713 REV. 2/11                                                    WHITE = CHART COPY

# Cleveland Clinic

## EMERGENCY RESPONSE FORM
Page 2 of 2

Patient Name: ANDERSON, TANESHA N
1/22/1977 F Sean Roth
23195780        0061

Clinic Number: _____

DATE: ____ / ____ / ____

## MEDICATIONS ADMINISTERED FOR INTUBATION:
☐ Etomidate _____mg  ☐ Succinylcholine _____mg  ☐ Rocuronium _____mg
☐ Vecuronium _____mg  ☐ Midazolam _____mg  ☐ Other: _____
PATIENT INTUBATED AT: _____
SIZE OF ETT: _____
LOCATION: _____ CM @ LIPLINE
CONFIRMATION: ☐ ⁺ETCO₂  ☐ OTHER: _____
(✓) CHECK AT LEAST ONE ADDITIONAL
☐ DIRECT VISUALIZATION  ☐ BIL. BREATH SOUNDS  ☐ ABSENCE OF GASTRIC INFLATION
IMPEDENCE THRESHOLD DEVICE: ☐ YES ☐ NO
ANESTHESIA: _____
            PRINT NAME

OUTCOME:
PATIENT EXPIRED AT: _____
PATIENT TRANSFERRED AT: _____
PATIENT TRANSFERRED TO: _____
PATIENT REMAINED AT: _____
FAMILY NOTIFIED AT: _____

| NEPHRINE | SODIUM BICARBONATE | VASOPRESSIN | | | | AMIODARONE | DOPAMINE | EPINEPHRINE | NOREPINEPHRINE | | | SIGNIFICANT EVENTS (example: ABG results, CT insertion, code status change, other medications, etc) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I.V. FLUIDS | | | CONTINUOUS I.V. INFUSIONS | | | | | |
| | | | | | | | | | | | | arrival compressions etco² 30' in protocol 55 (R) humeral head IO |
| 50 mEq | | | | | | | | | | | | CPR continues |
| | | | | | | Adult 450mg/250ml D5W | Adult 800mg/250ml D5W | Adult 4mg/250 ml D5W | Adult 4mg or 16mg/250m D5W | | | |
| 50 mEq | | | | | | | | | | | | Pt intubated (+) color change ET = 21 |
| | | | | | | | | | | | | ETT dislodged; reintubated |
| | | | | | | | | | | | | 16g (R) AC labs drawn |

2nd dose of epi (notation in Sodium Bicarbonate / Vasopressin columns: "1st or 2nd dose of epi", "may use once - 1st", "40 units may use once")

L.I.P. IN CHARGE OF RESUSCITATION: Dr. Sean Roth
(SIGNATURE VERIFIES SHEET REVIEWED & AGREEMENT)  PRINT NAME                    SIGNATURE
STAFF MD/FELLOW PRESENT AT RESUSCITATION: _____
                                          SIGNATURE
Resuscitation Care: ☐ Vital Signs ☐ Echo ☐ Labs ☐ Chest X ray ☐ 12 ECG ☐ ABG
W = Mail to HS1-03                                              102713 REV. 2/11



# ■ Cleveland Clinic

## EMERGENCY RESPONSE FORM
### Page 1 of 2



**Patient Name:** ANDERSON, TANESHA N
1/22/1977 F Sean Roth
23195780        0061

**Clinic Number:**

DATE: _____ / _____ / _____

LOCATION OF EVENT: _____

WITNESSED EVENT: ☐ NO  ☐ YES

CHECK IF PRESENT AT ONSET:     OXYGEN DEVICE (L/minute or FiO2): _____

☐ ETT  ☐ VENT  ☐ IV ACCESS

MONITOR: ☐ ECG  ☐ RR  ☐ pOx

CONSCIOUS AT ONSET:  ☐ YES      ☐ NO

PULSE AT ONSET:  ☐ YES      ☐ NO

RESPIRATION AT ONSET:  ☐ YES      ☐ NO

RHYTHM AT ONSET: ☐ NSR  ☐ A FIB  ☐ BRADY  ☐ ASYS  ☐ PEA

☐ VFIB  ☐ VTACH  ☐ SVT  ☐ PACED  ☐ OTHER: _____

CCF102713

PRECIPITATING EVENTS:
_____
_____
_____
_____

WEIGHT: _____

**INTRAVENOUS PUSH INJECTION**

| DNR ☐ YES ☐ NO | TIME | RHYTHM | HEART RATE | DEFIB / CARDIO-JOULES ☐ AED ☐ BI ☐ MONO | CHEST COMPRESSIONS (✓) | PULSE ē COMPRESSIONS (✓) | B.P. ☐ ART ☐ NIBP ☐ MANUAL | O₂ SATURATION | RESPIRATORY RATE | BVM (✓) | CONFIRMATION OF AIRWAY (✓) | AMIODARONE | ATROPINE | Ca CHLORIDE | EPINEPHRINE | LIDOCAINE | MAGNESIUM SULFATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0026 | Asystole |  |  |  |  |  |  |  |  |  |  |  |  | 1mg |  |  |
|  | 0027 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 0028 |  |  |  |  |  |  |  |  |  |  |  |  | 1G |  |  |  |
|  | 0029 | Asystole |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 0030 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

within 3 minutes of VT/VF, shocks at least 2 minutes apart

began less than 1 minute if no pulse

Confirmation every 10 minutes

within 5 minutes of pulseless rhythm

Medication Nurse (Preparation): _____ SIGNATURE      DRUG BOX #: B430

Medication Nurse (Administration): _____ SIGNATURE      CRASH CART #: _____

Recording Nurse: _____ SIGNATURE      RESPIRATORY THERAPIST: _____ SIGNATURE

102713 REV. 2/11      WHITE = CHART COPY

# ■ Cleveland Clinic

## EMERGENCY RESPONSE FORM
Page 2 of 2

Patient Name: _____

Clinic Number: _____

ANDERSON, TANESHA N
1/22/1977 F Sean Roth
23195780        0061

DATE: _____ / _____ / _____

## MEDICATIONS ADMINISTERED FOR INTUBATION:

☐ Etomidate _____mg  ☐ Succinylcholine _____mg  ☐ Rocuronium _____mg
☐ Vecuronium _____mg  ☐ Midazolam _____mg  ☐ Other: _____

PATIENT INTUBATED AT: _____

SIZE OF ETT: _____

LOCATION: _____ CM @ LIPLINE

CONFIRMATION: ☐ ⁺ETCO₂  ☐ OTHER: _____

(✓) CHECK AT LEAST ONE ADDITIONAL

☐ DIRECT VISUALIZATION  ☐ BIL. BREATH SOUNDS  ☐ ABSENCE OF GASTRIC INFLATION

IMPEDENCE THRESHOLD DEVICE: ☐ YES ☐ NO

ANESTHESIA: _____
        PRINT NAME

**OUTCOME:**

PATIENT EXPIRED AT: _____

PATIENT TRANSFERRED AT: _____

PATIENT TRANSFERRED TO: _____

PATIENT REMAINED AT: _____

FAMILY NOTIFIED AT: _____

| PHENYLEPHRINE | SODIUM BICARBONATE | VASOPRESSIN | | | I.V. FLUIDS | AMIODARONE | DOPAMINE | EPINEPHRINE | NOREPINEPHRINE | | SIGNIFICANT EVENTS (example: ABG results, CT insertion, code status change, other medications, etc) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CONTINUOUS I.V. INFUSIONS | | | | | | |
| | | | | | | | | | | | CPR resumed ⊕ pulse c̄ compressions |
| | 50 mEq | | | | | | | | | | |
| | | | | | | | | | | | ⊕ pulse c̄ compressions |
| | | | | | | | | | Adult 4mg of 16mg/250ml D5W | | |
| | | 1st or 2nd dose of epi | | | | Adult 450mg/250ml D5W | Adult 800mg/250ml D5W | Adult 4mg/250ml D5W | | | Time of death - ∅ cardiac activity |
| | | 40 units may use once | | | | | | | | | |

L.I.P. IN CHARGE OF RESUSCITATION: _____
(SIGNATURE VERIFIES SHEET REVIEWED & AGREEMENT)  PRINT NAME        SIGNATURE

STAFF MD/FELLOW PRESENT AT RESUSCITATION: _____
        SIGNATURE

Resuscitation Care: ☐ Vital Signs ☐ Echo ☐ Labs☐ Chest X ray ☐ 12 ECG ☐ ABG
W = Mail to HS1-03

THE CLEVELAND CLINIC FOUNDATION

**REFERENCE AND CRITICAL RANGES
FOR POINT-OF-CARE TESTS**

Refer to the Normal/Reference Value Sheet
in chart for correct interpretation of results.

```
2-319-578-0    061
ANDERSON,TANESHA,N,MS
01/22/1977      F
N. ER ASSOCIATES
```

IMPRINT / LABEL

| Test | Vendor/Method | Reference Range | Critical Range |
|---|---|---|---|
| BNP | Biosite Triage® | 0 – 100 pg/mL | |
| Creatinine | i-Stat® StatSensor® | 0.6 – 1.5 mg/dL | |
| d-Dimer | Biosite Triage | <520 ng/mL DVT/PE Cutoff: 400 ng/mL | |
| Fecal Occult Blood | HemaPrompt® Hemoccult Sensa® | Negative | |
| Gastric Occult Blood | HemaPrompt® | Negative | |
| Glucose, Whole Blood | Roche AccuChek Inform® | Adults: 60-105 mg/dL Neonates/Infants: 40 – 120 mg/dL | Less than  40 mg/dL |
| Hemoglobin, Whole Blood | Hemocue 201+® | Adult males: 13.5 - 17.5 g/dL Adult females: 12 - 16 g/dL Neonates/Infants: 9.5 -13.5 g/dL | Less than 6 g/dL |
| Hemoglobin A1c | Bayer DCA 2000+® | 4.0 % - 6.0 % | |
| PT/INR | Roche CoaguChek XS® | PT: 10.6 – 13.4 sec INR: 0.8 – 1.2 | |
| Platelet Function | Accumetrics VerifyNOW® | IIb/IIIa: Baseline = 125 - 330 PAU ≥ 80% Inhibition = 0-44 PAU P2Y12: Baseline = 167 – 391 PRU Inhibition = 0 – 19 % Aspirin: Pre-aspirin = 631–675 ARU | |
| Qualitative pH | Nitrazine | Vaginal pH = less than 7.0 Tears pH = 7.0 – 8.0 | |
| Strep A | Acceava | Negative | |
| Urine Dipstick | Siemens Test Strips | Glucose: Negative Bilirubin: Negative Ketones: Negative Specific gravity: 1.005 – 1.030 Blood: Negative pH: 4.5 – 8 Protein: Negative Urobilinogen: NL (less than 1.1 EU) Nitrites: Negative Leukocytes: Negative | |
| Urine hCG (pregnancy) | ICON 25® | Negative | |
| Urine Sediment | Brightfield microscopy | WBC: 0-5/hpf       RBC: 0-3/hpf Absence of formed elements: negative/lpf | |
| Troponin T, Qualitative | Roche TROP T® (Qual) Roche Cardiac Reader | Negative | |

207302 Rev. 01/10



ANDERSON, TANESHA, N, MS
2-319-578-0  061

## PATIENT ACKNOWLEDGEMENT AND CONSENT FORM

On behalf of myself or my minor child or other patient named below, I acknowledge and consent to the statements made in this form. Changes or alterations to this form are not binding on Cleveland Clinic Hospital and/or its affiliated facilities (each and all of them referred to as "CC" in this form).

**Consent to Health Care Services**: I am requesting that health care services be provided to me (or my minor child or the patient named below) at CC. I voluntarily consent to all medical treatment and health care-related services that the caregivers at CC consider to be necessary for me (or the patient named below). These services may include diagnostic, therapeutic, imaging, and laboratory services, including HIV testing. If I want any HIV testing to be performed anonymously, I will tell my CC caregiver. My blood may be used to perform routine quality assurance testing. I am aware that the practice of medicine and surgery is not an exact science; no guarantees have been made to me about the results of treatments or examinations.

**Financial Responsibility:**

1.   a. Subject to applicable law and the terms and conditions of any applicable contract between CC and a third-party payer, and in consideration of all health care services rendered or about to be rendered to me (or the below named patient), I agree to be financially responsible and obligated to pay CC for any balance not paid under the "Assignment of Benefits/Third Party Payers" paragraph below.

   *Or,* b. Subject to applicable law and the Cleveland Clinic Health System Financial Assistance Policy, and in consideration of all health care services rendered or about to be rendered to me (or the below named patient), I agree to be financially responsible and obligated to pay CC for the patient balances due;

*And,*

2.   I authorize the hospital and all clinical providers who have provided care to me, along with any billing services, collection agencies or other agents who may work on their behalf, to contact me on my cell and/or other phone using automatic telephone dialing system or other computer assisted technology.

**Assignment of Benefits/ Third-Party Payers:**   In consideration of all health care services rendered or about to be rendered to me (or the below-named patient), I hereby assign to CC all right, title, and interest in and to any third-party benefits due from any and all insurance policies and/or responsible third-party payers of an amount not exceeding CC's regular and customary charges for the health care services rendered. I authorize such payments from applicable insurance carriers, third party payers, and other third-parties. A list of usual and customary charges is available upon request. I consent to any request for review or appeal by CC to challenge a determination of benefits made by a third-party payer. Except as required by law, I assume responsibility for determining in advance whether the services provided are covered by insurance or other third party payer.

**Patient Rights and Responsibilities:** I have received a copy of the Cleveland Clinic Health System Patient Rights and Responsibilities brochure or the Cleveland Clinic Health System Welcome Guide.

**Uses and Disclosures of Health Information:** I have received Cleveland Clinic Health System's Notice of Privacy Practices. The Notice of Privacy Practices explains how Cleveland Clinic Health System may use and disclose confidential health information that identifies me (or the below-named patient). I consent to let Cleveland Clinic Health System use and disclose health information about me (or the below-named patient) as described in the Notice of Privacy Practices.

Rev. 01/2014
Lawson # 398362



ANDERSON,TANESHA,N,MS
2-319-578-0  061

In doing so I consent to the release of my (or the below-named patient's) health information and financial account information to all third-party payers and/or their agents that are identified by CC, its billing agents, collection agents, attorneys, consultants, and/or other agents that represent CC or provide assistance to CC for the purposes of securing payment from all parties who are potentially liable for payment for my (or the below named patient's) health care, including for substance abuse, psychiatric care, or HIV, if applicable. I can revoke my consent in writing at any time except to the extent that CC has already relied on my consent.

**Teaching Facility/ Clinical Studies:** CC is a teaching facility. Doctors and others in training may be involved in my (or the below-named patient's) health care. Many CC patients participate in clinical studies. I can ask my (or the below-named patient's) doctor questions about having health professionals in training involved in the care and about participating in clinical studies, and I can explain any views I have. Clinical studies at CC go through a special process required by law that reviews patient welfare and privacy. CC patients usually consent in writing to participate in clinical studies. Sometimes family members or other surrogates are asked for consent when patients are not mentally able to give their own consent. Patients are encouraged to discuss how they feel about being research participants with family members so they will know the patients' wishes if asked.

**Valuables/ Limitation of Liability:** I understand that I should not bring valuables (jewelry, money, irreplaceable documents, etc.) with me to CC. I AGREE THAT CC SHALL NOT BE RESPONSIBLE FOR VALUABLES UNLESS THEY ARE DEPOSITED IN THE ADMINISTRATIVE SERVICE CENTER LOCATED IN THE HOSPITAL ADMITTING DEPARTMENT. If I do deposit valuables, CC's LIABILITY IS LIMITED to loss or damage caused by willful or wanton negligence. If I do not deposit valuables, CC is not responsible for them, even if I (or the patient named below) give(s) them to other CC personnel. Items in CC's Lost and Found are given to charity after 30 days.

**By signing below, I am indicating that I have reviewed and acknowledge and consent to the terms described above.**

| In Person Consent |
|---|
| X _____          _____ |
| *Signature of Patient or Responsible Party*          *Date/Time* |
| |
| _____          _____ |
| *Printed Name of Patient (or Responsible Party if not the Patient)*          *Responsible Party's Relationship to Patient* |

- OR -

| Telephone Consent |
|---|
| _____          _____ |
| *Printed name of Individual Providing Telephone Consent*          *Relationship to Patient* |
| |
| _____          _____ |
| *Witness to Telephone Consent (optional)*          *Date/Time* |

11/13 - 0018 - unable to sign due to med condition - no family
11/13 - 0029 - unable to sign due to med condition - no family
11/13 - 0040 - unable to sign Patient expired

Rev. 01/2014
Lawson # 398362

 **Cleveland Clinic**　　　　　　　　　　　　　　　**PATIENT DATA SHEET**

## PATIENT DATA

ANDERSON, TANESHA, N, MS　　　　　　　　2-319-578-0  061　　　PRINT DATE: 11/13/2014
1374 ANSEL RD　　　　　　　　　　　　　SP:　　　　　　　　　　SEX: F　　　RACE: B
CLEVELAND　　　　　　OH  44106　　　　　　　　　　　　　　BIRTH: 01/22/1977
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AGE:　37Y
HOME: (216) 355-5877　　　　　　　　　PFS:　　　　　　　　　HPC: P
WORK:　　　　　　　　　　　　　　　　SI: 00　　　　　　　　MPC: P
OTHER:　　　　　　　　　　　　　　　　　　　　　　　　　MARITAL: S　　　I

ENGLI　　　DEAF:　　INT: N　　RSN:　　　　VIS IMP:　　SP:　　　　RELIG: NONE　　　　　　　SC: Y

## EMPLOYER

　　　　　　　　　　　　　　　　STATUS: DISABLED (NOT EMPLOYED)
　　　　　　　　　　　　　　　OCCUPATION:

## EMERGENCY NOTIFICATION

PERRY, KIMBERLEY, MS　　　　　　　SISTER
HOME: (216) 283-0042　　　　OTHER:
LEGAL GUARDIAN:　　　　　　　　　　　　PHONE:

## SPOUSE / PARENT DATA

NAME:
EMP:
　　　　　　　　　　　　　　　　　　　　　WORK:

NAME:
EMP:
　　　　　　　　　　　　　　　　　　　　　WORK:

## GUARANTOR

ANDERSON, TANESHA, N, MS　　　　　　SELF　　　　DOB: 01/22/1977
1374 ANSEL RD
CLEVELAND　　　　OH  44106　　　EMPLOYER: NO EMPLOYER

　　　　　　　　　　　　　　　DISABLED (NOT EMPLOYED)
WORK:

## HOSPITAL COVERAGE　　　　　　　　　　　MEDICAL COVERAGE

| 0000025 | 0000025 |
| MEDICARE B | MEDICARE B |
| PO BOX 20019 | PO BOX 20019 |
| NASHVILLE          /TN/37202 | NASHVILLE          /TN/37202 |
| 282804654A | 282804654A |
| ANDERSON, TANESHA | ANDERSON, TANESHA |
| 0017373 | 0017373 |
| MYCARE CARESOURCE MEDICAID | MYCARE CARESOURCE MEDICAID |
| PO BOX 8730 | PO BOX 8730 |
| DAYTON          /OH/4540187 | DAYTON          /OH/4540187 |
| 10437045200 | 10437045200 |
| ANDERSON, TANESHA, N | ANDERSON, TANESHA, N |

## FAMILY PHYSICIAN DATA

FAMILY VIJ, MD, MALTI　　　　　　　　AFFILIATE:　　　SPECIALTY: INM
598005 13944 EUCLID AVE
　　　CLEVELAND　　　　OH  44112　　(216) 767-4242

　　　　　　　　　　　　　　　　　　　AFFILIATE:　　　SPECIALTY:

PDS sign: I
ADVANCE DIRECTIVES N　　LAST UPDT: 11/13/2014
COPY N　　　　　　　LAST REGI:
　　　　　　　　　　　　　　　　　　U285389



.23195780



ANDERSON, TANESHA, N, MS
2-319-578-0  061

In doing so I consent to the release of my (or the below-named patient's) health information and financial account information to all third-party payers and/or their agents that are identified by CC, its billing agents, collection agents, attorneys, consultants, and/or other agents that represent CC or provide assistance to CC for the purposes of securing payment from all parties who are potentially liable for payment for my (or the below named patient's) health care, including for substance abuse, psychiatric care, or HIV, if applicable. I can revoke my consent in writing at any time except to the extent that CC has already relied on my consent.

**Teaching Facility/ Clinical Studies:** CC is a teaching facility. Doctors and others in training may be involved in my (or the below-named patient's) health care. Many CC patients participate in clinical studies. I can ask my (or the below-named patient's) doctor questions about having health professionals in training involved in the care and about participating in clinical studies, and I can explain any views I have. Clinical studies at CC go through a special process required by law that reviews patient welfare and privacy. CC patients usually consent in writing to participate in clinical studies. Sometimes family members or other surrogates are asked for consent when patients are not mentally able to give their own consent. Patients are encouraged to discuss how they feel about being research participants with family members so they will know the patients' wishes if asked.

**Valuables/ Limitation of Liability:** I understand that I should not bring valuables (jewelry, money, irreplaceable documents, etc.) with me to CC. I AGREE THAT CC SHALL NOT BE RESPONSIBLE FOR VALUABLES UNLESS THEY ARE DEPOSITED IN THE ADMINISTRATIVE SERVICE CENTER LOCATED IN THE HOSPITAL ADMITTING DEPARTMENT. If I do deposit valuables, CC's LIABILITY IS LIMITED to loss or damage caused by willful or wanton negligence. If I do not deposit valuables, CC is not responsible for them, even if I (or the patient named below) give(s) them to other CC personnel. Items in CC's Lost and Found are given to charity after 30 days.

By signing below, I am indicating that I have reviewed and acknowledge and consent to the terms described above.

---

**In Person Consent**

X _____

_____     _____
Signature of Patient or Responsible Party                    Date/Time

_____     _____
Printed Name of Patient (_or_ Responsible Party if not the Patient)    Responsible Party's Relationship to Patient

- OR -

**Telephone Consent**

_____     _____
Printed name of Individual Providing Telephone Consent      Relationship to Patient

_____     _____
Witness to Telephone Consent (optional)                       Date/Time

11/13 - 0018 - unable to sign due to med condition - no family  *(handwritten)*
11/13 - 0029 - unable to sign due to med condition - no family
11/13 - 0040 - unable to sign Patient expired

Rev. 01/2014
Lawson # 398362

 **Cleveland Clinic**

ANDERSON, TANESHA, N, MS
2-319-578-0  061

## PATIENT ACKNOWLEDGEMENT AND CONSENT FORM

On behalf of myself or my minor child or other patient named below, I acknowledge and consent to the statements made in this form. Changes or alterations to this form are not binding on Cleveland Clinic Hospital and/or its affiliated facilities (each and all of them referred to as "CC" in this form).

**Consent to Health Care Services:** I am requesting that health care services be provided to me (or my minor child or the patient named below) at CC. I voluntarily consent to all medical treatment and health care-related services that the caregivers at CC consider to be necessary for me (or the patient named below). These services may include diagnostic, therapeutic, imaging, and laboratory services, including HIV testing. If I want any HIV testing to be performed anonymously, I will tell my CC caregiver. My blood may be used to perform routine quality assurance testing. I am aware that the practice of medicine and surgery is not an exact science; no guarantees have been made to me about the results of treatments or examinations.

**Financial Responsibility:**

1. a. Subject to applicable law and the terms and conditions of any applicable contract between CC and a third-party payer, and in consideration of all health care services rendered or about to be rendered to me (or the below named patient), I agree to be financially responsible and obligated to pay CC for any balance not paid under the "Assignment of Benefits/Third Party Payers" paragraph below.

   **Or,** b. Subject to applicable law and the Cleveland Clinic Health System Financial Assistance Policy, and in consideration of all health care services rendered or about to be rendered to me (or the below named patient), I agree to be financially responsible and obligated to pay CC for the patient balances due;

**And,**

2. I authorize the hospital and all clinical providers who have provided care to me, along with any billing services, collection agencies or other agents who may work on their behalf, to contact me on my cell and/or other phone using automatic telephone dialing system or other computer assisted technology.

**Assignment of Benefits/ Third-Party Payers:**   In consideration of all health care services rendered or about to be rendered to me (or the below-named patient), I hereby assign to CC all right, title, and interest in and to any third-party benefits due from any and all insurance policies and/or responsible third-party payers of an amount not exceeding CC's regular and customary charges for the health care services rendered. I authorize such payments from applicable insurance carriers, third party payers, and other third-parties. A list of usual and customary charges is available upon request. I consent to any request for review or appeal by CC to challenge a determination of benefits made by a third-party payer. Except as required by law, I assume responsibility for determining in advance whether the services provided are covered by insurance or other third party payer.

**Patient Rights and Responsibilities:** I have received a copy of the Cleveland Clinic Health System Patient Rights and Responsibilities brochure or the Cleveland Clinic Health System Welcome Guide.

**Uses and Disclosures of Health Information:** I have received Cleveland Clinic Health System's Notice of Privacy Practices. The Notice of Privacy Practices explains how Cleveland Clinic Health System may use and disclose confidential health information that identifies me (or the below-named patient). I consent to let Cleveland Clinic Health System use and disclose health information about me (or the below-named patient) as described in the Notice of Privacy Practices.

Rev. 01/2014
Lawson # 398362



THE CLEVELAND CLINIC FOUNDATION
## PATIENT'S PERSONAL ITEMS CHECKLIST

```
2-319-578-0    061
ANDERSON,TANESHA,N
01/22/1977      F
N. ER ASSOCIATES
EXP: 11/13/2014
```

### EMERGENCY DEPARTMENT/ NURSING UNIT PERSONNEL

1. Check off appropriate description of patient's belongings / valuables.

2. Form is filled out in triplicate by personnel:

    A. Patient is admitted through Emergency Department.

    B. Patient is transferred to Intensive Care and belongings are taken to Administrative Service Center (ASC).

    C. Patient is in Same Day Surgery.

    D. Patient expires and family is present - complete forms, have family sign, give original to family and clip
       remaining copies to chart for processing in ASC.

    E. Patient expires and no family is present - complete forms and take all copies and patient's belongings to ASC.

### BELONGINGS:                  *No Belongings*

| | DENTURES | | | | OTHER |
|---|---|---|---|---|---|
| ❑ Bathrobe | ❑ Upper | ❑ Hat or Cap | ❑ Scarf | ❑ Sweater | ❑ _____ |
| ❑ Bed Jacket | ❑ Lower | ❑ Hose/Socks | ❑ Shirt | ❑ T-shirt | ❑ _____ |
| ❑ Belt | ❑ Partial | ❑ Luggage | ❑ Shoes | ❑ Tie | ❑ _____ |
| ❑ Bible | ❑ Dress | ❑ Make-up Kit | ❑ Shorts | ❑ Toothbrush | ❑ _____ |
| ❑ Blouse | ❑ Girdle | ❑ Nightgown | ❑ Skirt | ❑ Trousers | ❑ _____ |
| ❑ Bra | ❑ Gloves | ❑ Pajamas | ❑ Slip | ❑ vest | ❑ _____ |
| ❑ Coat | ❑ Handkerchiefs | ❑ Panties | ❑ Slippers | | ❑ _____ |
| ❑ Comb | | ❑ Prayer Book | ❑ Suspenders | | ❑ _____ |

### VALUABLES:

| | | | | | OTHER |
|---|---|---|---|---|---|
| ❑ Bracelet | ❑ Glasses & Case | ❑ Money | ❑ Rings | ❑ Scapular | ❑ _____ |
| ❑ Earrings | ❑ Medals | ❑ Purse & Contents | ❑ Rosary | ❑ Wallet | |

**Form completed by:** _____  /  N Kim _____
                        (signature)                    (print name)

**Date:** 11 / 13 / 14

### Check appropriate box:
❑ Personal items deposited from Nursing Unit Number _____ or ❑ Same Day Surgery
❑ Patient in Same Day Surgery and family took personal items.       or ❑ Same Day Surgery Locker

_____
(signature of family member taking personal items/ nurses signature)

❑ Patient transferred to Intensive Care and belongings taken to Administrative Service Center (ASC)
☑ Patient expired and family took personal items.

_____
(signature of family member taking personal items)

❑ Patient expired and belongings taken to Administrative Service Center (ASC)

_____
(signature of Undertaker taking personal items)