

# GENERAL POLICE ORDER
# CLEVELAND DIVISION OF POLICE

| EFFECTIVE DATE: | REVISED DATE: | NO. PAGES: | NUMBER: |
|---|---|---|---|
| MARCH 1, 2002 | August 30, 2011 | 1 of 1 | 7.1.05 |

| SUBJECT: |
|---|
| PRISONER SUPERVISION AND RESTRAINTS |

| ASSOCIATED MANUAL: | RELATED ORDERS: |
|---|---|
|  | 2.1.01 |

| CHIEF OF POLICE: |
|---|
| *Michael McGrath, Chief* |

*Substantive Changes are in Italic*

**PURPOSE:** To provide guidelines for members of the Cleveland Division of Police *on prisoner supervision and the use of* restraints.

**POLICY:** Members shall use only the amount of force or restraint necessary to control an uncooperative and/or violent prisoner. Use of force shall comply with the Division's *Use of Force policy*. Corporal or any other form of punishment is prohibited. "Hog-tying" is not an acceptable restraint.

## PROCEDURES:

I. Officer(s) shall first attempt verbal persuasion tactics and warnings to gain prisoner cooperation. If verbal persuasion and warnings do not gain compliance, the officer(s) shall obtain assistance to gain the prisoner's cooperation through a show of force. If a show of force does not gain compliance, the officers shall use physical holds.

II. Arresting officers shall handcuff felony prisoners and use discretion in handcuffing misdemeanor prisoners *and persons who are being taken into custody based solely on mental health issues.*

III. Officers shall double-lock handcuffs to prevent tightening unless extraordinary circumstances prevent the double locking of the cuffs.

IV. Conveying officers shall immediately transfer a prisoner who fails to demonstrate a functional level of consciousness (voluntary movement, speech, normal color, and breathing) to the nearest hospital for evaluation and/or treatment.

V. If any neck restraint is used to effect an arrest, officers shall **immediately** transport the prisoner to the nearest hospital and comply with the provisions found in the Use of Force General Police Order.

MM/LM/JCO/ajg
Policy & Procedures Unit

008552