# LOU REITER TESTIMONY

**March, 2012**

Camille Cordova/Jim Riley (P), Atlanta, *Archuleta v. City of Albuquerque*,   D

**August, 2012**

Camille Cordova/Jim Riley (P), Atlanta, *Archuleta v. City of Albuquerque*,   T

**October, 2012**

Terry Ekl (P), Chicago, IL., *Obryeka v. City of Chicago,* 07 C 2372, T

**November, 2012**

Alex Karpinski (D), Washington DC,  *Youngbey v. DC,* 09-cv-0596(JSG), D

**January, 2013**

Walter Ketchum (D), Orlando, FL., *Jones v. Jackson,* 6:11-cv-1681-Orl-19KES, T

**April, 2013**

Jonathan Moore (P), New York City, *Floyd, et al., v. NYPD,*      T

**October, 2013**

Candace Gorman (P), Chicago, *Fields v. City of Chicago,* 10 C 1168, D
Jeff Bouma, Phoenix (P), *Foust v.  City of Page AZ,* 3:12-cv-08115-DGC, D

**December, 2013**

Scott Street/Dan Miller (P), Los Angeles, *Mulligan v. City of Los Angeles,*      D

**March, 2014**

Candace Gorman (P), Chicago, *Fields v. City of Chicago,* 10 C 1168, T

**April, 2014**

Candace Gorman (P), Chicago, *Fields v. City of Chicago,* 10 C 1168, T

**September, 2014**

John Burris/Ben Neisenbaum (P), Oakland,  *Espinoza v. San Francisco Police,* C 06 04686 JSW, T

**December, 2014**

Jeff Bouma, Phoenix (P), *Foust v.  City of Page AZ,* 3:12-cv-08115-DGC, T

**May, 2015**

Jeff Bouma, Phoenix (P), *Foust v.  City of Page AZ,* 3:12-cv-08115-DGC, T

1

2

**June, 2015**

Roshna Keen (P), *Lemons v. City of Milwaukee, et al,* 13cv331, D

**July, 2015**

Kerslyn Featherstone (D), *Westfahl v. District of Columbia,* 1:11-cv-2210 (RLW), T

**December, 2015**

Jeff Taren/Christopher Smith (P), *Spalding/Echeverria v. Chicago Police Department,* 12CV8777, D

**May, 2016**

Benjeman Nichols (P), *Cazares, et al., v. Frugoli, et al.,* 13-cv-05626, D