UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH GOODWIN, adm'r, | ) | |
| | ) | Case No. 1:15CV0027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE DONALD NUGENT |
| | ) | (Magistrate Judge Mchargh) |
| CITY OF CLEVELAND, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | MEMORANDUM |
| | ) | AND ORDER |
| | ) | |

McHARGH, Mag.J.

The plaintiff, Elizabeth Goodwin, as administrator of the estate of Tanisha Anderson, has filed a suit in this court against defendants City of Cleveland and Cleveland police officers Scott Aldridge and Bryan Myers.

The individual defendants move for an extension of time to file their answer, or other responsive pleading, until September 28, 2016. (Doc. 77.) The plaintiff opposes their request. (Doc. 79.)

The presiding district judge in this case ruled that, if the related criminal investigation of the individual defendants had not been completed by September 1, 2016 (which, apparently, it has not), the stay would lift automatically, and thus

they are required to file their responsive pleadings by September 14, 2016.  (Doc. 48, at 3.)  In light of the passage of time due to the stay, the court scheduled a Case Management Conference to set dates to govern the case going forward.  The CMC was originally set for Sept. 28, but at the request of one of the parties the CMC date was moved to September 21, 2016.  The date of the CMC was intentionally set for after the due date for responsive pleadings, that is, after September 14, 2016.

The undersigned will not revisit that ruling.  The motion for an extension of time (doc. 77) is DENIED.


IT IS SO ORDERED.

Dated:   Sept. 6, 2016                          /s/ Kenneth S. McHargh
                                               Kenneth S. McHargh
                                               United States Magistrate Judge